HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>TELECARE MENTAL HEALTH SERVICES OF WASHINGTON, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:21-cv-01339-BJR<br><br>ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO STRIKE AND INITIAL SCHEDULING DEADLINES |

THIS MATTER came before the Court on Plaintiff EEOC's and Defendant Telecare Mental Health Services of Washington, Inc.'s Stipulation To Continue Deadline To File Motion To Strike And Initial Scheduling Deadlines. The Court has reviewed the motion and all evidence submitted in support of the motion, the pleadings on file, and is fully informed.

IT IS HEREBY ORDERED THAT the parties' stipulated motion to continue deadlines is GRANTED and the deadlines are modified as follows:

- Plaintiff's Motion to Strike Affirmative Defense:   **December 6, 2021**

- Deadline for FRCP 26(f) Conference:   **December 10, 2021**

///

Order Granting Stipulation to Continue Deadlines
2:21-cv-01339-BJR
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

- Initial Disclosures: **December 17, 2021**

- Joint Status Report and Discovery Plan **December 24, 2021**

DATED this 18th day of November, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*/s/ May R. Che*
May Che
EEOC Senior Trial Attorney

Order Granting Stipulation to Continue Deadlines
2:21-cv-01339-BJR
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882