HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TELECARE MENTAL HEALTH SERVICES OF WASHINGTON, INC.,<br><br>　　　　　Defendant. | Case No. 21-CV-01339 BJR<br><br>**STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff Equal Employment Opportunity Commission and Defendant Telecare Mental Health Services of Washington, Inc. hereto through their respective attorneys of record that:

　　　　1.　　WHEREAS, on May 27, 2022, the Court entered an Order Setting Trial Dates and Related Dates (Dkt. No. 44), which requires discovery to be completed by January 25, 2023;

　　　　2.　　WHEREAS, on January 10, 2023, the Court extended Plaintiff's discovery cutoff to March 11, 2023. (Dkt. No. 53). Plaintiff's dispositive motion deadline was also extended to April 10, 2023, and the Court granted Plaintiff an additional 30 days to respond to any dispositive motion filed by Defendant (*id*.);

　　　　3.　　WHEREAS, the Parties agree that Defendant's fact discovery deadline is extended to March 11, 2023 for the purpose of reopening Jason Hautala's deposition to inquire

STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER
(CAUSE NO. 3:22-CV-05484-BHS-JRC)

91784864v.1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Ste. 3000
Seattle, WA  98104
(206) 946-4910

about matters pertaining to newly acquired discovery, matching the deadline set for Plaintiff in the Court's January 10, 2023 Order (Dkt. No. 53);

  4. WHEREAS, Defendant's dispositive motion deadline is extended to April 10, 2023 to match the deadline for Plaintiff set in the Court's January 10, 2023 Order (Dkt. No. 53);

  5. WHEREAS, responsive pleadings for both parties' dispositive motions are now due pursuant to the schedule set forth in the Court's Standing Order (Dkt. No. 5);

  6. WHEREAS, the EEOC will provide amended responses and produce in response to Defendant's Interrogatories 2, 4 and 11 the following documents:

   a. All ESI with metadata that is responsive to Defendant's Interrogatory Nos. 2 and 4, including all emails and text messages; and

   b. Any documents, including ESI with metadata, related to Plaintiff's claim for damages, including for emotional distress, and including such documents that relate to Jason Hautala's job search after Defendant rescinded his conditional job offer.

The Parties therefore respectfully request that the Court issue an order in accordance with the Parties' requests above.

ROBERTA STEELE
Regional Attorney

MAY CHE
Senior Trial Attorney

ANNABEL POLLIONI
Trial Attorney

BY: _____
MAY CHE
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061

STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER
(CAUSE NO. 3:22-CV-05484-BHS-JRC)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Ste. 3000
Seattle, WA 98104
(206) 946-4910

91784864v.1

1  Telephone (206) 576-3011
   Facsimile (206) 220-6196
2  may.che@eeoc.gov

3  *Attorneys for Plaintiff EEOC*

4  And

5  
6  BY: _____
   Chris DeGroff
7  Seyfarth Shaw LLP
   cdegroff@seyfarth.com
8  233 S. Wacker Drive, Suite 8000
   Chicago, IL  60606
9  (312)-460-5000

10 Yoon-Woo Nam
   ynam@seyfarth.com
11 400 Capitol Mall, Suite 2300
   Sacramento, CA 95814-4428
12 (916) 498-7023

13

14 *Attorneys for Defendant TELECARE*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER
(CAUSE NO. 3:22-CV-05484-BHS-JRC)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Ste. 3000
Seattle, WA  98104
(206) 946-4910

91784864v.1

# ORDER

Upon review of the foregoing Stipulated Motion of the Parties, the Court ORDERS that:

1. Defendant's fact discovery deadline is extended to March 11, 2023 for the purpose of reopening Jason Hautala's deposition to inquire about matters pertaining to newly acquired discovery after January 24, 2023, matching the deadline set for Plaintiff in the Court's January 10, 2023 Order (Dkt. No. 53);

2. Defendant's dispositive motion deadline is extended to April 10, 2023 to match the deadline for Plaintiff set in the Court's January 10, 2023 Order (Dkt. No. 53);

3. Responsive pleadings for both parties' dispositive motions are now due pursuant to the schedule set forth in the Court's Standing Order (Dkt. No. 5);

4. EEOC shall provide amended responses and produce in response to Defendant's Interrogatories 2, 4 and 11 the following documents:

   a. All ESI with metadata that is responsive to Defendant's Interrogatory Nos. 2 and 4, including all emails and text messages; and

   b. Any documents, including ESI with metadata, related to Plaintiff's claim for damages, including for emotional distress, and including such documents that relate to Jason Hautala's job search after Defendant rescinded his conditional job offer.

**IT IS SO ORDERED.**

DATED this 3rd day of February, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO AMEND SCHEDULING ORDER
(CAUSE NO. 3:22-CV-05484-BHS-JRC)

91784864v.1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Ste. 3000
Seattle, WA 98104
(206) 946-4910