HONORABLE BARBARA J. ROTHSTEIN

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 21-CV-01339 BJR |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER |
| v. | |
| TELECARE MENTAL HEALTH SERVICES OF WASHINGTON, INC., | |
| Defendant. | |

9

10

11

12

13

14

15

**ORDER**

16

17      BEFORE THE COURT is the Defendant Telecare Mental Health Services of

18   Washington, Inc.'s Motion for Leave to Amend Answer.  The Court has considered the

19   following:

20      1.      Defendant's Motion for Leave to Amend Answer;

21      2.      The Declaration of Yoon-Woo Nam in support of Motion for Leave to Amend

22   Answer and all exhibits thereto;

23      3.      Plaintiff's Response to Defendant's Motion for Leave to Amend Answer, in

24   which Plaintiff asserts its non-objection to the Motion, and states that "it would serve both the

25   Court, the parties and judicial economy to add these defenses" and that Plaintiff "respectfully

26   requests that the Court permit Defendant to amend its Answer to strike its Affirmative Defense

ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER - 1
(CASE NO. 21-CV-01339 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

1    Nos. 1, 2, and 8 and to add proposed defenses, renumbered as Affirmative Defenses 6 and 7, as

2    requested." Pl.'s Resp. at 1-2; and

3            4.      Defendant's Reply in support of its Motion for Leave to Amend Answer;

4            Following the review and good cause finding, it is ORDERED that Defendant's Motion

5    for Leave to Amend Answer is GRANTED. Defendant shall file its First Amended Answer,

6    attached as Exhibit G to the Declaration of Yoon-Woo Nam in Support of Defendant's Motion

7    for Leave to Amend Answer, within 24 hours of the date of this Order.

8            It is so ordered this 2nd day of March, 2023.

9

10

11                                                    Barbara Jacobs Rothstein
                                                      U.S. District Court Judge
12

13

14   *Presented by:*

15   Helen McFarland
     SEYFARTH SHAW LLP
16   999 3rd Avenue, Ste. 4700
     Seattle, WA 98104
17   P: (206) 946-4923
     hmcfarland@seyfarth.com
18

19

20   90680937v.1

21

22

23

24

25

26

ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER - 2
(CASE NO. 21-CV-01339 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910