THE HONORABLE BARBRA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff

v.

TELECARE MENTAL HEALTH SERVICES OF WASHINGTON, INC.,

Defendant.

CIVIL ACTION NO.
2:21-cv-01339-BJR

ORDER GRANTING PLAINTIFF EEOC'S MOTION FOR LEAVE TO ACCEPT FILING AS TIMELY FILED

Having considered Plaintiff Equal Employment Opportunity Commission's ("EEOC") motion for leave to accept filings as timely filed and finding good cause, and being advised Defendant does not oppose the motion provided it is granted an additional day to file its Reply brief, it is hereby ORDERED that Plaintiff's motion for leave to accept Dkt. Nos. 67-70 as timely filed is hereby GRANTED. In addition, Defendant is granted an extra day to file its opposition.

DATED this 17th day of April, 2023.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
BY: */s/  May Che*
May Che
Senior Trial Attorney
Attorney for Plaintiff EEOC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882