# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff,<br><br>v.<br><br>TELECARE MENTAL HEALTH SERVICES OF WASHINGTON INC.,<br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-1339-BJR |

xx    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE JURY HAS FOUND in favor of the Defendant on all of Plaintiff's claims (See Jury Verdict, Dkt. Nos. 150 (Redacted), 151 (Sealed)).

Dated March 28, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Martin Valencia<br>
Deputy Clerk