THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>TELECARE MENTAL HEALTH SERVICES OF WASHINGTON, INC.,<br><br>Defendant. | NO. 2:21-cv-01339-BJR<br><br>**ORDER GRANTING EEOC'S MOTION TO REDACT TRIAL TRANSCRIPT AND SEAL TRIAL EXHIBITS** |

**ORDER**

Having considered Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion and the objection thereto, and having reviewed the pleadings of the parties, the Court finds that the EEOC has presented good cause and compelling reasons to support the limited protections sought. Therefore, the EEOC's Motion to Redact Trial Transcript and Seal Trial Exhibits is GRANTED.

It is hereby ORDERED that the Clerk only publish the Trial Record after the following redactions are implemented:

1. TR at 206:24 (reference to medical conditions);
2. TR at 253:7-21 (reference to medication and medical conditions);
3. TR at 271:20-21 (reference to medical conditions);
4. TR at 272:5 (reference to medical conditions);

ORDER GRANTING EEOC'S MOTION TO REDACT TRIAL TRANSCRIPT AND SEAL TRIAL EXHIBITS - 2:21-cv-01339-BJR - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

5. TR at 272:16 (reference to medical conditions);

6. TR at 364:11-12 (reference to medical conditions);

7. TR at 640:19-20 (reference to medical conditions);

8. TR at 703:10-11 (reference to medical conditions);

9. TR at 707:6 (reference to medical conditions);

10. TR at 707:16 (reference to medical conditions);

11. TR at 707:22 (reference to medical conditions);

12. TR at 708:3 (reference to medical conditions);

13. TR at 730:25 (reference to medical conditions);

14. TR at 774:24 (reference to medical conditions);

15. TR at 775:4-24 (reference to medications and medical conditions); and

16. TR at 835:24 (reference to medical conditions).

It is further ORDERED that the following Trial Exhibits will be protected from disclosure until conclusion of the proceedings pursuant to LCR 79(g):

1. Joint Exhibit 3 (Medical Records);

2. Joint Exhibit 7 (Medical Records (Messages);

3. Defendant's Exhibit 6 (Medical Records);.

4. Plaintiff's Exhibit 36 (Medical Records); and

5. Defendant's Exhibit 64 (Medical Records).

SO ORDERED this 22nd day of July 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING EEOC'S MOTION TO REDACT TRIAL TRANSCRIPT AND SEAL TRIAL EXHIBITS - 2:21-cv-01339-BJR - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Presented by:

BY: /s/ Gregory Hitzel
Gregory A. Hitzel
Senior Trial Attorney
Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3029
Gregory.hitzel@eeoc.gov
Attorney for Plaintiff

ORDER GRANTING EEOC'S MOTION TO REDACT TRIAL TRANSCRIPT AND SEAL TRIAL EXHIBITS - 2:21-cv-01339-BJR - 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882